**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ALLEN CHUKWUHDI AKA/ ALLEN C.
DAWSON,

                              Plaintiff,

          -against-                                                    25 **CIVIL** 673 (LLS)

                                                                       **JUDGMENT**

THE CITY OF NEW YORK,

                              Defendant.
----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 19, 2026, the Court has dismissed this action for

failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii);

accordingly, the case is closed.

**Dated:** New York, New York

          March 2, 2026

                                             **TAMMI M. HELLWIG**
                                             _____
                                                          **Clerk of Court**

                              **BY:**          K. mango
                                             _____
                                                          **Deputy Clerk**